FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 02 2007

JAMES W. McCORMACK, CLERK
By: _____
                         DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH RAMEY,
ADC #87050                                                          PLAINTIFF

VS.                    CASE NO. 4:06CV00669 JLH/HLJ

RANDY JOHNSON, et al.                                               DEFENDANTS

### ORDER ACCOMPANYING
### PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

Attached to this Order is a transcript of the recommended disposition issued by this Court, following a hearing in this matter on April 10, 2007. This recommended disposition has been sent to United States District Court Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite 402
Little Rock, AR 72201-3325

IT IS SO ORDERED this 2nd day of May, 2007.

*Harry Z. Jones, Jr.*
United States Magistrate Judge