**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOSEPH RAMEY,   PLAINTIFF
ADC #87050

v.   No. 4:06CV00669 JLH/HLJ

RANDY JOHNSON, *et al.*   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings. Judgment shall be entered accordingly.

SO ORDERED this 29th day of May, 2007.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE